**Order filed May 10, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00098-CV
_____

**ZYAREAYA Z. MILLER, Appellant**

**V.**

**JOSHUA OYENIYI, Appellee**

**On Appeal from the Co Civil Ct at Law No 4**
**Harris County, Texas**
**Trial Court Cause No. 1004996**

## O R D E R

The notice of appeal in this case was filed January 27, 2012. The clerk's record was filed February 28, 2012. To date, the filing fee of $175.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court **within 15 days** of the date of this order**.** *See* Tex. R. App. P. 5. If appellant

fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM